## MILAM COUNTY MUTUAL LIFE & ACCIDENT ASSOCIATION, Appellant, v. Emma and Ernie PARKER, Appellees.

### No. 7543.

Court of Civil Appeals of Texas. Austin.

Nov. 19, 1930.

E. A. Wallace, of Cameron, for appellant.

E. A. Camp, of Rockdale, and Ben F. Cone, of Luling, for appellees.

McCLENDON, C. J.

This is a companion case to No. 7542, 34 S.W.(2d) 423, this day decided. The two cases were tried at the same time upon the same evidence and present the same issues on appeal. The opinion in No. 7542 is referred to for a statement of those issues and our conclusions thereon.

The trial court's judgment is affirmed.

Affirmed.